IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                               ORDER

                     Plaintiff,

                                                                              09-cv-609-bbc

       v.                                                           06-cr-105-bbc

TYRESE TAYLOR,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On October 5, 2009, defendant Tyrese Taylor filed a motion pursuant to 28 U.S.C. § 2255. He had filed a previous § 2255 motion, Case No. 09-C-508-bbc, which is being briefed. This second motion appears to a duplicate of the first one he filed.

      Defendant gives no indication why he has filed this second motion. However, because it is his second motion, this court cannot entertain his present motion unless it is certified in advance by the court of appeals. <u>Nunez v. United States</u>, 96 F.3d 990, 991 (7th Cir. 1996). If defendant contemplates seeking certification from the court of appeals, he should review the provisions of § 2255 ¶ 8 with care. The conditions for certification are narrow and precise.

ORDER

IT IS ORDERED that defendant Tyrese Taylor's motion for post conviction relief filed under 28 U.S.C. § 2255 is DISMISSED on the ground that this court lacks the authority to entertain it.

Entered this 7th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2